IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR06-4097 MWB |
| | ) | JUDGMENT OF ACQUITTAL |
| LEE MARVIN BELL, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Mark W. Bennett. The issues having been duly tried before a jury, a verdict of not guilty to the charge in the indictment having been rendered, it is therefore

**ORDERED AND ADJUDGED**

Defendant, Lee Marvin Bell, is acquitted as to Count 1 of the Indictment.

October 19th, 2007

_____
MARK W. BENNETT, DISTRICT JUDGE
UNITED STATES DISTRICT COURT